# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLARK MATERIAL HANDLING COMPANY, etc., <br><br> Plaintiff, <br><br> vs. <br><br> ZOOMLION HEAVY INDUSTRY SCIENCE & TECHNOLOGY, etc., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case Number: 2:18-cv-05853 CBM (Ex) <br> Hon. Consuelo B. Marshall <br><br> **ORDER OF DISMISSAL WITH PREJUDICE [JS-6]** |

1    Pursuant to the terms of a written settlement agreement between and among
2 the parties and to the stipulation of the parties, the Court finds that the within action
3 should be, and it hereby is, dismissed with prejudice.  Each party shall bear its own
4 attorneys' fees and costs.  The Court shall retain jurisdiction to enforce the terms of
5 the parties' written settlement agreement.

		IT IS SO ORDERED.

Dated: MARCH 9, 2020         _____
                              Consuelo B. Marshall
                              U.S. District Judge